FILED

AUG 05 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO MATA HERNANDEZ,<br>Defendant. | ) INDICTMENT<br>) **3:26 CR 349**<br>) **JUDGE KNEPP**<br>) CASE NO.MAGISTRATE JUDGE C\|<br>) Title 8, United States Code,<br>) Section 1326<br>)<br>)<br>) |

## COUNT 1
(Illegal Reentry, 8 U.S.C. § 1326)

The Grand Jury charges:

1.      Defendant FERNANDO MATA HERNANDEZ is an alien and citizen of Mexico, who has been previously removed from the United States on at least one occasion, the last being on or about August 17, 2017.

2.      On or about July 8, 2026, Defendant was found in the United States in the Northern District of Ohio, Western Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

